STATE OF NEW JERSEY v. PATRICK THORPE.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT MASON.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THURMAN JOHNSON.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
MS., E.O., D.K., & E.M.

June 1, 1976. Petition for certification granted. (See 139 *N. J. Super.* 503)

WILLIAM F. HYLAND v. ALEX SMOLLOK.

June 1, 1976. Petition for certification denied. (See 137 *N. J. Super.* 456)

IN RE PETITION TO COMPEL TESTIMONY OF
THOMAS K. J. TUSO. UNDER N. J. S. A. 2A:81-17.3.

June 1, 1976. Petition for certification granted. (See 140 *N. J. Super.* 500)